No. D–2725. IN RE DISCIPLINE OF JEAN-BAPTISTE. Constant Jean-Baptiste, Jr., of Brooklyn, N. Y., is suspended from the prac-

tice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.